**William John KINTZ, Appellant,**

v.

**Karen Owen KINTZ, Respondent.**

No. 46038.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 21, 1983.

J. Martin Hadican, Clayton, for appellant.

Frank Susman, Clayton, for respondent.

## ORDER

PER CURIAM:

Husband appeals from trial court's order distributing marital property which had not been included in the decree of dissolution.

Judgment of the trial court is affirmed. Rule 84.16(b).